UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

---------------------------------------------------------x
MILTON CAYETTE,                                  :
an individual,                                           :         CASE NO.: 2:15-cv-05219-CJB-JCB
                                                                 :
        Plaintiff,                                 :
                                                                 :
vs.                                                            :
                                                                 :
                                                                 :
                                                                 :
MIKE M. MARCELLO, INC.,                       :
                                                                 :
                                                                 :
                                                                 :
        Defendant.                             :
---------------------------------------------------------x

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), Plaintiff, Milton Cayette and defendant, Mike M. Marcello, Inc., jointly stipulate to the dismissal of this action with prejudice.

Respectfully submitted on this the 21st day of March, 2016.


*/s/ Andrew D.Bizer*                                  *Vincent J. Sotile, Jr. (BRN #19159)*
ANDREW D. BIZER (#30396)           Sotile Law Firm
GARRET S. DeREUS (#35105)           38069 Post Office Road, Suite 15
3319 St. Claude Avenue                     Prairieville, LA 70769
New Orleans, Louisiana 70117          Telephone:  (225) 677-5500
Telephone: (504) 619-9999               Fax: (225) 677-5414
Facsimile: (504) 948-9996
E-mail: andrew@bizerlaw.com

COUNSEL FOR PLAINTIFF              COUNSEL FOR DEFENDANT

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 21st day of March, 2016, a copy of the foregoing was filed with the Clerk of Court using the CM/ECF system and served upon all counsel of record.

>	*/s/ Andrew D. Bizer*
>	ANDREW D. BIZER